DANIEL M. LYON, appellant,

*v.*

FREEMAN BOWER, respondent.

*Messrs. Coult & Howell,* for appellant.

*Mr. Ludlow McCarter,* for respondent.

PER CURIAM.

This decree unanimously affirmed, for the reasons given by the chancellor in the case below, 2 *Stew.* 110.